James A. Casey, as Administrator, etc., of Mary E. Ramsey, Deceased, Respondent, v. The Auburn Telephone Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

John E. Sommers, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Dorilda Bertrand, as Administratrix, Respondent, v. Hinckley Fiber Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Joseph J. Welch, Appellant, v. Archibald M. Graham and Others, Respondents.— Judgment affirmed, with costs. All concurred, except Spring and Williams, JJ., who dissented.

John W. Kinney, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence. All concurred, McLennan, P. J., and Kruse, J., concurring in result upon the ground that defendant was not shown guilty of actionable negligence nor the plaintiff free from contributory negligence.

The Town of Whitestown, Appellant, Respondent, v. The Title Guaranty and Surety Company, Respondent, Appellant.— Judgment affirmed, with costs, upon the opinion of Andrews, J., delivered at Special Term (reported in 72 Misc. Rep. 498). All concurred, except McLennan, P. J., who dissented and voted for reversal, and Robson, J., who dissented and voted for a modification of the judgment.

George Maue, Respondent, v. Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., who dissented upon the ground that the record on this appeal is in all essentials like the record passed upon by the Court of Appeals upon the former appeal and, therefore, votes for reversal upon the opinion of Judge Werner (reported 198 N. Y. 221).

Mary Clara Wilcox, Appellant, v. Supreme Council of the Royal Arcanum, Respondent.— It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision therein, the said appeal is hereby ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 cf the Code of Civil Procedure. Kruse, J., not sitting.

Edgar D. Johnson and Gardiner T. Lyon, Respondents, Appellants, v. Henry T. Neidlinger, Appellant, Respondent.— Judgment modified by increasing it by the sum of $1,722.45, with interest from January 1, 1909, and as so modified affirmed, with costs of this appeal to plaintiffs. All concurred, except Kruse, J., who dissented and voted for reversal.

Albert Filiatreault, an Infant, etc., Respondent, v. Erie Railroad Company, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the verdict is contrary to and against the weight of the evidence. All concurred.